# NO. 12-09-00141-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| *IN RE: PAUL HOPE,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | | |
| | § | |

### MEMORANDUM OPINION
### PER CURIAM

In this original proceeding, Paul Hope complains of the Texas Department of Public Safety Crime Records Service and the Texas Department of Criminal Justice Board of Pardons and Paroles. Specifically, he seeks a writ of mandamus compelling these two agencies to supply and enter correct data in the computerized criminal history system relating to offenders to reflect the disposition of his case as set forth in the trial court's judgment of conviction.

A court of appeals has the authority to issue writs of mandamus against a judge of a district or county in the court of appeals district and to issue all writs necessary to protect its jurisdiction. TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004). Hope's complaint does not fall within this court's mandamus jurisdiction. *See id.* Accordingly, his petition for writ of mandamus is ***dismissed for want of jurisdiction***.

Opinion delivered June 17, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)